# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to: **MCI CEDAR JUNCTION**
**WALPOLE, MA**

YOU ARE COMMANDED to have the body of **Bryan Fitzpatrick** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **24**, on the **7th** floor, Boston, Massachusetts on **MONDAY JANUARY 31, 2011**, at **3:00 P. M.** for the purpose of **INITIAL APPEARANCE/ARRAIGNMENT**

in the case of    UNITED STATES OF AMERICA V. **Bryan Fitzpatrick**

MJ Number **1:10-6012LTS**

And you are to retain the body of said **Bryan Fitzpatrick** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Bryan Fitzpatrick** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **25TH** day of **JANUARY**.

_/s/ [signature]_
UNITED STATES MAGISTRATE JUDGE

SARAH ANN THORNTON
CLERK OF COURT

By: /s/ Maria Simeone
Courtroom Deputy Clerk