UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRYAN FITZPATRICK | CRIMINAL NO.: 11-10018-RWZ<br><br>VIOLATION:<br>18 U.S.C. § 2113(a)<br>Unarmed Robbery<br><br>18 U.S.C. § 981 and 28 U.S.C. § 2461(c)<br>Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 2113(a) – Unarmed Bank Robbery

The Grand Jury charges that:

On or about June 29, 2010, at or near Quincy, in the District of Massachusetts,

**BRYAN FITZPATRICK**

the defendant herein, by force and violence and by intimidation, did take from the person and presence of another, money, in the amount of $1020.00, more or less, belonging to, and in the care, custody, control, management and possession of Sovereign Bank, 20 Beale Street, Quincy, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**BRYAN FITZPATRICK,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense.

2.  If any of the property described in paragraph 1 hereof as being forfeitable, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of all other property of the defendant up to the value of the property described in subparagraphs a through e of this paragraph.

All pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ERIC P. CHRISTOFFERSON
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; January 26, 2011.


Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
1/26/2011
12:45pm