AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Bryan Fitzpatrick
c/o Cole's Place
401 Liberty Street
Springfield, MA 01104
(Name and Address of Defendant)

Case Number:    11CR10018-RWZ

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court | |
| One Courthouse Way | Courtroom # 12, 5th Floor |
| Boston, MA. 02210 | Date and Time |
| Before:   Judge Zobel | 6/6/19 @ 2:30 P.M. |

To answer a(n)
☐  Indictment          Information      ☐   Complaint       **Violation Notice** ☐  Probation Violation Petition

Charging you with a violation of Title   18          United States Code, Section(s)   3603

Brief description of offense:

Failure to stay away from Narcotics; failure to reside in a mental health and substance abuse treatment center; and failure to participate in substance abuse counseling;

Signature of Issuing Officer

Date   5/6/19

Lisa A. Rigso, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

