AO 442 (Rev. 11/11) Arrest Warrant

FILED IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

2019 MAY 16 PM 3:11

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRYAN FITZPATRICK | ) | Case No. 11CR10018-RWZ |
| | ) | |
| Defendant | ) | |

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2019 MAY 14 P 3:43

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRYAN FITZPATRICK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to refrain from controlled substances; failure to reside in a mental health and substance abuse treatment center; failure to participate in mental health treatment and substance abuse counseling; failure to answer truthfully.

Date:   05/14/2019

_____
*Issuing Officer's Signature*

Lisa A. Urso
*Printed name and title*

City and state:   Boston, Mass.

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY USMS   *Arresting officer's signature*
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/15/2019
*Printed name and title*